Date: 09/22/10  *151007* Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-17801 - MORGAN, DENNIS WILLIAM

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| **Cottle Pathology Services, Inc.**<br>P.O. Box 29220<br>Parma, OH 44129<br>ACCOUNT NO. 4424 | 000003 | 159.60 | CK# *104* | 4.58 |
| **Cardiovacular Clinic, Inc**<br>6525 Powers Blvd.<br>Suite 301<br>Cleveland, OH 44134-6343<br>ACCOUNT NO. 7160 | 000004 | 120.65 | *105* | 3.46 |
| **DRS Hill & Thomas, Co**<br>P.O. Box 643026<br>Cincinnati, OH 45264<br>(8-1) p546731 p596461 | 000008 | 84.25 | *109* | 2.42 |
| Remittance Total | | 364.50 | | 10.46 |

_____
RICHARD A. BAUMGART, Trustee



FILED 10 SEP 24 AM 9:28
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 09/22/10 12:32 PM   Ver: 15.20